UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Austin,<br><br>    Plaintiff,<br><br>    v.<br><br>Gabrielle Tetrault, et al.,<br><br>    Defendants. | No. 2:20-cv-0216 KJM DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On March 24, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2021 (ECF No. 24) are adopted in full;

2. Plaintiff's January 29, 2020 application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff's September 14, 2020 second amended complaint (ECF No. 13) is dismissed without further leave to amend; and

4. This action is closed.

DATED: June 24, 2021.

CHIEF UNITED STATES DISTRICT JUDGE